IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN LABEL, INC.,<br><br>Defendant. | Case No.: 14-cv-01129-JSW<br><br>Honorable Jeffrey S. White<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ALTERNATIVE SERVICE** |

Upon consideration of Pension Benefit Guaranty Corporation's Application for Alternative Service and the evidence in support thereof and it appearing therefrom that Defendant Ocean Label Inc. cannot be served with reasonable diligence in any other manner specified in Federal Rule of Civil Procedure 4,

IT IS HEREBY ORDERED, that alternative service of the Summons, Complaint, and supplementary material, pursuant to L.R. 4-2, in this action be made upon said Defendant by service upon the Office of the Secretary of State for the State of California.

Dated: August 12, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING APPLICATION FOR ALTERNATIVE SERVICE**