**United States District Court**
For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PENSION BENEFIT GUARANTY,

10           Plaintiff,                              No. C 14-01129 JSW

11      v.
                                                     **ORDER REFERRING MOTION**
12   OCEAN LABEL INC,                                **FOR DEFAULT JUDGMENT TO**
                                                     **MAGISTRATE JUDGE FOR**
13           Defendant.                              **REPORT AND**
                                                     **RECOMMENDATION AND**
14                                                   **VACATING CASE**
     _____/             **MANAGEMENT CONFERENCE**
15

16           On October 7, 2014, Plaintiff filed a motion for default judgment against Ocean Label,

17   Inc.  Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the

18   motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the

19   motion.  If you do not hear from the Court regarding an assignment to a Magistrate Judge

20   within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 510-637-

21   3541.

22           In addition, the case management conference currently set for October 31, 2014 at 11:00

23   a.m. is HEREBY VACATED and shall be re-scheduled, if necessary, by further order.

24           **IT IS SO ORDERED.**

25   Dated:   October 8, 2014                        _____
                                                     JEFFREY S. WHITE
26                                                   UNITED STATES DISTRICT JUDGE

27

28
     cc: Magistrate Judge Referral Clerk