United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION BENEFIT GUARANTY CORPORATION,

    Plaintiff,

v.

OCEAN LABEL, INC,

    Defendant.

No. C 14-01129 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Laurel Beeler, in which she recommends that the Court grant Plaintiff's motion for default judgment. The deadline for filing objections to the Report has passed, and neither party has filed objections.

The Court has considered the Report, relevant legal authority, and the record in this case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court GRANTS Plaintiff's motion for default judgment. The Court enters default judgment against Ocean Label that (1) terminates the Dennis J. Brennan, Inc. Defined Benefit Pension Plan, (2) appoints Plaintiff Pension Benefit Guaranty Corporation as the Pension Plan's statutory trustee, (3) establishes August 30, 2014 as the Pension Plan's termination date, and (4) directs the transfer of any records, assets, or other property of the Pension Plan to Plaintiff.

The Court further directs that Plaintiff serve a copy of this Order on Ocean Label's registered agent and on the California Secretary of State.

The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 16, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE